

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2020

No. 04-19-00574-CV

**MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC** and United Wireless
Holdings, Inc.,
Appellants

v.

**REED AND SCARDINO, LLP.**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI20409
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Appellants have provided a reasonable explanation for the late filing of their notice of appeal. We therefore grant the implied motion for extension of time to file the notice of appeal and retain this appeal on the docket of the court.

It is so **ORDERED** on April 30, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT